**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                        Case No.  6:05-cr-177-Orl-22DAB

**ALICIA GHEE**

_____

**ORDER AND NOTICE**
**OF SHOW CAUSE HEARING**

This cause comes before the Court on a Report and Recommendation (Doc. No. 55), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on July 2, 2008.

After an independent *de novo* review of the record in this matter, and noting that Defendant filed a Notice of No Objection and Request for Early Hearing, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered July 3, 2008 (Doc. No. 55) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant shall personally appear before this court on **MONDAY, July 14, 2008, at 9:30 A.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why probation should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 7, 2008.

ANNE C. CONWAY
United States District Judge

-2-

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Alicia Ghee